**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br>Plaintiffs, <br><br>vs. <br><br>SAFETY SEALED WATER SYSTEMS LLC, a Domestic Limited-Liability Company; CRAIG EHRNREITER, individually; LORA LEE EHRNREITER, individually; and SCOTT HEFTY, individually <br><br>Defendants. | CASE NO: 2:15-cv-00180-APG-VCF <br><br>**STIPULATION TO EXTEND DEADLINE TO FILE A MOTION TO AMEND PLEADINGS OR ADD PARTIES** |

Plaintiffs, THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST

(hereinafter "Trustees"), by and through their counsel of record, The Urban Law Firm, and Craig Ehrnreiter, by and through his respective counsel, Black & Lobello, stipulate to extend the deadline for the parties to file their Motion to Amend Pleadings or Add Parties. The parties shall have until September 3, 2015, to file their Motion. The parties state this request is made for no improper purpose or delay.

Dated: July 27, 2015

**THE URBAN LAW FIRM**

  */s/ Seth T. Floyd*
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
Seth T. Floyd, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
                            nring@theurbanlawfirm.com
                            sfloyd@theurbanlawfirm.com
*Counsel for Plaintiff*

**BLACK & LOBELLO**

  */s/ Martina L. Jaccarino*
Martina L. Jaccarino, Esq.
10777 West Twain Avenue, Suite 300
Las Vegas, NV 89135
*Counsel for Craig Ehrnreiter*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated:  7-31-2015