**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>SAFETY SEALED WATER SYSTEMS LLC, *et al.*,<br><br>　　　　　　　Defendants. | 2:15-cv-00180-APG-VCF<br>**<u>ORDER</u>** |

　　　Before the court is Plaintiffs' Ex Parte Application for Enlargement of Time to Serve Defendant Lora Lee Ehrnreiter and Request for Permission to Serve by Publication. (#24).

　　　Pursuant to Local Rules 7-5(b) and (c), *ex parte* motions must contain a statement showing good cause why the matter was submitted to the Court without notice to all parties and requests may be summited *ex parte* only for compelling reasons, and not for unopposed or emergency motions. In Seth T. Floyd, Esq.'s affidavit, he states that this motion should be considered *ex parte* because Plaintiffs have been unable to locate the Defendant. (*See Affidavit*, #24-2 at 3). This is not a compelling reason to file this motion *ex parte* as Defendants Safety Sealed Water Systems LLC and Craig Ehrnreiter have appeared in this matter, and should receive notice of this motion by electronic service.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the *ex parte* status on the Application for Enlargement of Time to Serve Defendant Lora Lee Ehrnreiter and Request for Permission to Serve by Publication (#24) be removed. The Court of Clerk is directed to email a copy of this motion to Defendants Safety Sealed Water Systems LLC and Craig Ehrnreiter. Any opposition must be filed on or before September 17, 2015 and

any Reply in Support of the Application for Enlargement of Time to Serve Defendant Lora Lee Ehrnreiter and Request for Permission to Serve by Publication (#24) must be filed on or before September 28, 2015.

DATED this 31st day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE