# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> SAFETY SEALED WATER SYSTEMS LLC, a Domestic Limited-Liability Company; CRAIG EHRNREITER, individually; LORA LEE EHRNREITER, individually; and SCOTT HEFTY, individually, <br><br> Defendants. | 2:15-cv-00180-APG-VCF <br><br> **ORDER** |

Before the court are the Motion to Compel (#26) and Motion to Withdraw as Attorney (#27).

IT IS HEREBY ORDERED that a hearing on the Motion to Compel (#26) and Motion to Withdraw as Attorney (#27) is scheduled for 10:00 a.m., October 20, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that Defendant Craig Ehrnreiter must appear in person at the hearing set for 10:00 a.m., October 20, 2015.

DATED this 8th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE