**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada State Bar No. 11959
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>                   Plaintiffs,<br><br>vs.<br><br>SAFETY SEALED WATER SYSTEMS LLC, a Domestic Limited-Liability Company; CRAIG EHRNREITER, individually; LORA LEE EHRNREITER, individually; and SCOTT HEFTY, individually<br><br>                   Defendants. | CASE NO.: 2:15-cv-00180-APG-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

Plaintiffs, THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE

1

BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST (hereinafter "Trustees"), by and through their counsel of record, The Urban Law Firm, and Craig Ehrnreiter, individually, hereby stipulate to extend the dispositive motion deadline for 30 days. Currently, dispositive motions are due by January 4, 2015. (Dkt. #36). This stipulation would extend that deadline to February 4, 2016. The parties state this request is made for no improper purpose or delay.[1]

Dated: December 21, 2015

THE URBAN LAW FIRM

_____
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
Seth T. Floyd, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
sfloyd@theurbanlawfirm.com
*Counsel for Plaintiff*

**Craig Ehrnreiter**

_____
*Defendant, Individual*

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Dated: December 24, 2015

---

[1] Defendants Lora Lee Ehrnreiter and Scott Hefty have not yet appeared in this action and Safety Sealed Water Systems LLC no longer has counsel (see Dkt. #36).

2