**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada State Bar No. 11959
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
                 nring@theurbanlawfirm.com
                 sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> SAFETY SEALED WATER SYSTEMS LLC, a Domestic Limited-Liability Company; CRAIG EHRNREITER, individually; LORA LEE EHRNREITER, individually; and SCOTT HEFTY, individually <br><br> Defendants. | CASE NO.: 2:15-cv-00180-APG-VCF <br><br> **MOTION TO EXTEND TIME FOR DISPOSITIVE MOTIONS** <br><br> (Second Request) |

Plaintiffs, THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST

1

1  (hereinafter "Trustees"), by and through their counsel of record, The Urban Law Firm, pursuant to
2  Local Rule 6.1, hereby move for an order to extend the dispositive motion deadline for forty-five (45)
3  days. Currently, dispositive motions are due by February 4, 2016. (Dkt. #45). This would extend that
4  deadline to March 21, 2016.

5        In late January, the Trustees approved the final terms of a settlement agreement involving
6  SSWS and Mr. Ehrnreiter, and undersigned counsel forwarded a copy to Mr. Ehrnreiter for review. See
7  Declaration of Seth T. Floyd ("Floyd Decl.") at ¶¶ 5-6, attached as **Exhibit 1**. A forty-five (45) day
8  extension from February 4, 2016, to March 21, 2016, is therefore requested due to the pending
9  settlement agreement between the parties. There will be no prejudice to Mr. Ehrnreiter, or any other
10  party, from this extension and it will conserve judicial resources by avoiding the need for unnecessary
11  dispositive motions.

12        Plaintiffs thus respectfully request that this Court extend the deadline to file dispositive motions.

13  Dated: February 4, 2016

**THE URBAN LAW FIRM**

_____
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
Seth T. Floyd, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
                nring@theurbanlawfirm.com
                sfloyd@theurbanlawfirm.com
*Counsel for Plaintiff*

**IT IS SO ORDERED.**

_____
U.S. ~~District Court Clerk~~ Magistrate Judge
Dated:  February 12, 2016

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2016, I electronically filed the preceding **MOTION TO EXTEND TIME FOR DISPOSITIVE MOTIONS (Second Request)** with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service First Class Mail the document to the following non-CM/ECF participant(s):

Safety Sealed Water Systems
4255 Dean Martin Drive
Las Vegas, Nevada 89103
*Defendants*

Scott Hefty
433 79th Way Northeast
Fridley, MN 55432
*Defendant*

Lora Lee Ehrnreiter
4255 S. Dean Martin Drive, Suite D
Las Vegas, NV 89103
*Defendant*

Lora Lee Ehrnreiter
4737 137th Circle
St. Paul, MN 55126
*Defendant*

Lora Lee Ehrnreiter
1012 Woodbridge St.
St. Paul, MN 551117
*Defendant*

Lora Lee Ehrnreiter
60 Empire Drive, #100
St. Paul, MN 55103
*Defendant*

I also hereby certify that I have served the following non-CM/ECF participant by United States Postal Service First Class Mail and direct email:

Craig Ehrnreiter
8227 Coyado Drive
Las Vegas, NV 89123
craig@tomarco.com
*Defendant*

/s/ Ryann Schleeper
An employee of **THE URBAN LAW FIRM**

# Exhibit 1

**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada State Bar No. 11959
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
                 nring@theurbanlawfirm.com
                 sfloyd@theurbanlawfirm.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>        Plaintiffs,<br><br>vs.<br><br>SAFETY SEALED WATER SYSTEMS LLC, a Domestic Limited-Liability Company; CRAIG EHRNREITER, individually; LORA LEE EHRNREITER, individually; and SCOTT HEFTY, individually<br><br>        Defendants. | CASE NO: 2:15-cv-00180-APG-VCF<br><br>**DECLARATION OF SETH T. FLOYD IN SUPPORT OF MOTION TO EXTEND TIME FOR DISPOSITIVE MOTIONS** |

I, Seth T. Floyd, declare and state as follows:

1. I am an Associate with The Urban Law Firm and I am duly licensed to practice law in the State of Nevada and before this U.S. District Court. I am counsel of record for the Plaintiffs and I am the attorney responsible for the prosecution of this action.

2. I make this Declaration in support of the Plaintiffs' Motion To Extend Time For Dispositive Motions.

3. I make all statements in this Declaration based upon my personal knowledge unless stated otherwise herein.

4. As this Court can see from the docket in this case, this matter has a long and tortured history. However, over the last two months, the Trust Funds and Mr. Ehrnreiter have been negotiating the terms of a settlement agreement to resolve these claims.

5. On or around January 26, 2016, the trustees of the Trust Funds approved the final terms of a settlement agreement. I had previously discussed these terms directly with Mr. Ehrnreiter and he agreed to them in principle.

6. On or around February 1, 2016, I sent a written settlement agreement to Mr. Ehrnreiter for his final review. We have since been in contact about the agreement and Mr. Ehrnreiter is in the process of reviewing the terms.

7. Because of these ongoing settlement negotiations, it would not be prudent for any of the parties to submit dispositive motions unless and until settlement discussions are unsuccessful.

8. To accomplish the extension, I e-mailed Mr. Ehrnreiter a proposed stipulation on February 3, 2016, and I called and left a voicemail at approximately 12:30 p.m. on February 4, 2016. I am filing this motion because I have been unable to confer directly with Mr. Ehrnreiter on this matter, though I do not expect any objection.

9. There will be no harm or prejudice to Mr. Ehrnreiter from this extension because it will give both parties more time to resolve this matter. In fact, this will benefit Mr. Ehrnreiter as he may avoid having to respond to a motion for summary judgment.

10. Accordingly, I respectfully request that this Court grant a second extension of the time to file dispositive motions, currently due on February 4, 2016.

///

///

///

///

The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

I declare under penalty of perjury under the laws of the United States and the State of Nevada that the foregoing is true and correct, and if called as a witness, I could and would competently testify thereto.

Executed at Las Vegas, Nevada on this 4st day of February, 2016.

_____
SETH T. FLOYD, Nevada State Bar No. 11959

The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103