✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Board of Trustees of the Construction Industry
and Laborers Health and Welfare Trust, et al

**DEFAULT JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Safety Sealed Water Systems LLC, Craig Ehrnreiter, Lora Lee Ehrnreiter, Scott Hefty

Case Number: 2:15-cv-00180-APG-VCF

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of plaintiffs against defendants, joint and several, in the total amount of $186,452.85.

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate under 28 U.S.C. § 1961.

September 8, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ M. Morrison

(By) Deputy Clerk