# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> SAFETY SEALED WATER SYSTEMS LLC, a Domestic Limited-Liability Company; CRAIG EHRNREITER, individually; LORA LEE EHRNREITER, individually; and SCOTT HEFTY, individually, <br><br> Defendants. | 2:15-cv-00180-APG-VCF <br> **MINUTE ORDER** |

Before the Court is the Motion to Vacate Judgment Debtor Examination (ECF No. 71).

IT IS HEREBY ORDERED that the Motion to Vacate Judgment Debtor Examination (ECF No. 71) is GRANTED.

IT IS FURTHER ORDERED that the swearing in of Defendant/Judgment Debtor Craig Ehnreither for the Judgment Debtor Examination (ECF No. 67) on October 27, 2016 is VACATED.

DATED this 25th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE