# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFETY SEALED WATER SYSTEMS LLC, a Domestic Limited-Liability Company; CRAIG EHRNREITER, individually; LORA LEE EHRNREITER, individually; and SCOTT HEFTY, individually,<br><br>Defendants. | 2:15-cv-00180-APG-VCF<br><br>**ORDER** |

Before the Court is the Notice of Request for Withdrawal of Order for Continued Judgment Debtor Examination of Defendant/Judgment Debtor Craig Ehrnreiter (ECF No. 83).

Accordingly,

IT IS HEREBY ORDERED that the Judgment Debtor Examination scheduled for June 25, 2018 is VACATED.

DATED this 25th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE